In the Matter of the Claim of GEORGE ENGEL, Appellant, against HENRY DIAMOND, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Decision

unanimously affirmed. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan. JJ.